## HERMAN DIAZ *v.* COMMISSIONER OF CORRECTION

The petitioner Herman Diaz' petition for certification for appeal from the Appellate Court, 90 Conn. App. 328 (AC 25647), is denied.

*Katharine S. Goodbody,* special public defender, in support of the petition.

*Jessica Probolus,* special deputy assistant state's attorney, in opposition.

Decided September 20, 2005

## IN RE ALEXANDER I.

## IN RE ANDREW I.

## IN RE ANASTASIA I.

The petition by the respondent mother for certification for appeal from the Appellate Court (AC 26014) is denied.

*Scott W. Sawyer,* in support of the petition.

*Benjamin Zivyon,* assistant attorney general, in opposition.

Decided September 20, 2005

## JAIME J. MATTA *v.* ROBIN FUCHS MATTA

The defendant's petition for certification for appeal from the Appellate Court (AC 26436) is denied.

*Richard C. Stewart,* in support of the petition.

*Gary I. Cohen,* in opposition.

Decided September 20, 2005